1998R02103

                              UNITED STATES DISTRICT COURT
                                  DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 98-537(DRD) |
| WILFREDO DEFFI | : | <u>ORDER FOR DISMISSAL</u> |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 98-537, against defendant Wilfredo Deffi, which Indictment was filed on September 4, 1998, charging the defendant with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

      This dismissal is without prejudice.

                                            /s/ Ralph J. Marra, Jr.
                                            RALPH J. MARRA, JR.
                                            Acting United States Attorney

      Leave of Court is granted for the filing of the foregoing dismissal.

                                            /s/ Dickinson R. Debevoise
                                            HON. DICKINSON R. DEBEVOISE
                                            United States District Judge

Dated: May 4, 2009